In the Matter of Charges Preferred by WILLIAM J. WALLIN, Mayor of the City of Yonkers, Respondent, v. EDWARD CONNOLLY, Appellant.— Determination of the commissioner of public safety of the city of Yonkers confirmed, with fifty dollars costs and disbursements. We find that the deputy commissioner conducted this trial with commendable moderation, skill and forbearance. There was

* See Laws of 1901, chap. 466, § 981, as added by Laws of 1915, chap. 606.
— [REP.

evidence before the commissioner to sustain his decision on each of the ten charges made against the appellant. Blackmar, P. J., Rich, Putnam, Kelly and Manning, JJ., concur.